# RMF
## RUSKIN MOSCOU FALTISCHEK P.C.
*Counselors at Law*

Writer's Direct Dial: (516) 663-6603
Writer's Direct Fax: (516) 663-6803
Writer's E-Mail: jsullivan@rmfpc.com

October 16, 2009

**By ECF**

Honorable Arthur D. Spatt
United States District Court
Eastern District
100 Federal Plaza
Central Islip, NY  11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   OCT 17 2009   ★

LONG ISLAND OFFICE

Re:   *CVD Equipment Corporation v. Akzo Nobel Polymer Chemicals LLC*
      CV-09-1066 (ADS) (ARL)

Dear Judge Spatt:

We represent plaintiff in the above referenced matter.  On October 2, 2009, defendant's counsel notified the Court that the parties had reached a settlement in principle and requested two weeks to finalize the settlement.  The purpose of this letter is to request an additional two weeks to finalize the parties' settlement agreement.  We anticipate resolving this matter no later than October 29, 2009 at which time we plan on filing a stipulation of dismissal with the Court.

Respectfully submitted,

Jonathan C. Sullivan
For the Firm

JCS:smd

cc:   John T. Seybert, Esq. (by e-mail and regular mail)

Plaintiff's COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT, via facsimile.

Extension granted.
Final extension.
So Ordered.

Arthur D. Spatt, U.S.D.J.
10/17/09

East Tower, 15th Floor, 1425 RXR Plaza, Uniondale, NY 11556-1425 ▼ 516.663.6600 ▼ 212.688.8300 ▼ F 516.663.6601 ▼ www.rmfpc.com