

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

*www.sdma.com*   212.422.0202 *phone*   212.422.0925 *fax*

*John T. Seybert*
*212-898-4028*
*John.Seybert@sdma.com*

December 17, 2009

*Via ECF*
Hon. Arthur D. Spatt, U.S.D.J.
United States District Court For The
Eastern District Of New York
1020 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

Re:  *CVD Equipment Corp.* v. *Akzo Nobel Polymer Chemicals LLC*
     Civ. Act. No. 09 CV 1066 (ADS)(ARL)
     File No.: 01934-015401

Dear Judge Spatt:

    This firm represents the defendant Akzo Nobel Polymer Chemicals, LLC ("Akzo") in the above-referenced action. We write to advise the Court that the parties have reached a settlement. All of the settlement papers have been drafted and agreed to and the parties are in the process of signing them. We anticipate filing a stipulation of dismissal with prejudice within thirty days from the date of this letter.

    Thank you for your consideration of this matter.

Respectfully submitted,


s/
John T. Seybert (JS 5014)
Sedgwick, Detert, Moran & Arnold LLP
cc:  Jonathan Sullivan, Esq.
    Hon. Arlene R. Lindsay, U.S.M.J.

NY/557473v1

## CERTIFICATE OF SERVICE

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **LETTER DATED DECEMBER 17, 2009** was served via ECF on this 17th day of December, 2009, upon the following:

>Jonathan Sullivan, Esq.
>Ruskin Moscou Faltischek, P.C.
>1425 RXR Plaza
>East Tower, 15th Floor
>Uniondale, NY  11556-1425

>s/
>JOHN T. SEYBERT (JS 5014)

Dated:   New York, New York
         December 17, 2009